# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141977

ENGENIUS, INC. and ENGENIUS-EU,
LIMITED,
      Plaintiffs-Appellees,

v

FORD MOTOR COMPANY,
      Defendant-Appellant.

_____/

SC: 141977
COA: 290682
Wayne CC: 03-331133-CK

      On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of March 9, 2011. The application for leave to appeal the July 29, 2010 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2011

_____
Clerk

d1122